October 21, 2011

Mr. Marvin Bruce Martin
Attorney at Law
4103 S. Texas Ave., Suite 108
Bryan, TX 77802-4040
Mr. Clint Foster Sare
Law Office of Clint F. Sare
P.O. Box 1694
Bryan, TX 77806

RE: Case Number: 10-0854
 Court of Appeals Number: 10-09-00368-CV
 Trial Court Number: 08-002628-CV-361

Style: LYNDA MARINO
 v.
 CHARLES KING

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Marc Hamlin |
| |Ms. Sharri |
| |Roessler |